UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20264-CR-CIV-King/Garber

UNITED STATES OF AMERICA,

v.

TARVUS DANIELS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court by Order of Reference from Senior United States District Judge James Lawrence King. Pursuant to such reference, the Court has received the defendant Tarvus Daniels's Motion to Reduce Sentence re: Crack Cocaine [DE 513] and the government's response in opposition.

## FACTUAL BACKGROUND and DISCUSSION

On April 17, 2009, the defendant was indicted for conspiring to possess 50 or more grams of cocaine base (crack) with the intent to distribute it, in violation of Title 18, United States Code, Sections 846 and 841(b)(1). On his plea of guilty, on June 3, 2010, he was sentenced to a term of imprisonment for 120 months. Subsequently, the government filed a Motion for Reduction of the defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure [DE 498] based upon his cooperation. Said Motion was granted and the Court reduced the defendant's sentence to 72 months [DE 507].

By his Motion now before the Court, the defendant seeks a further reduction of sentence based upon his post-conviction accomplishments, to wit: completion of a 40 hour drug program and his

proposed participation in a 500 hour drug treatment plan. He also claims to have "received several certificates since I've been incarcerated."

The defendant was classified as a career offender pursuant to Section 4B1.1 of the Guidelines. His original sentence was based upon his classification of a career offender. The defendant's sentence was determined by his career offender enhancement, which is unaffected by recent guideline amendments. His reliance on the Fair Sentencing Act is misplaced since said Act is not retroactive to defendants sentenced before August 3, 2010; the defendant was sentenced on June 3, 2010. *United States v. Goncalves*, 642 F.3d 245, 252-55 (1st Cir.2011); *United States v. Gomes*, 621 F.3d 1343, 1346 (11th Cir. 2010)(per curiam).

Each Circuit Court of Appeals that has addressed the career offender issue with regard to a retroactive amendment to the crack guidelines are unanimous in their rulings that relief is unavailable. *United States v. Moore*, 541 F.3d 1323, 1327-30 (11th Cir. 2008); *United States v. Berry*, 618 F.3d 13, 17-18 (D.C. Cir. 2010); *United States v. Perdue*, 572 F.3d 288, 292-93 (6th Cir. 2009).

**CONCLUSION AND RECOMMENDATION**

For reasons set forth above and based upon the Court's review of the record, and consideration of the submissions of the parties, the undersigned respectfully

RECOMMENDS that the defendant Tarvus Daniels's Motion to Reduce Sentence, etc. be DENIED.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with Senior United States District Judge James Lawrence King. See 28 U.S.C. §636. Failure to file timely objections may bar the parties from attacking on

appeal the factual findings contained herein.  LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 1st day of February, 2012.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE